IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Mary Hillebert, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 12-0316-CV-W-JTM |
| | ) |
| The Bank of New York Mellon, | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with Local Rule 83.9 regarding related cases, and with the consent of the Honorable Nanette K. Laughrey, it is

**ORDERED** that the Clerk of the Court shall transfer this matter to Judge Laughrey for all further proceedings.

        */s/ John T. Maughmer*
        **JOHN T. MAUGHMER**
        **U. S. MAGISTRATE JUDGE**