IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **MARY HILLEBERT,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 4:12-cv-00316-NKL |
| **BANK OF NEW YORK MELLON** | ) |
| **FKA THE BANK OF NEW YORK,** | ) |
| **NOT IN ITS INDIVIDUAL CAPACITY** | ) |
| **BUT SOLELY AS TRUSTEE FOR** | ) |
| **CWABS INC.,** | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

COMES NOW Plaintiff Mary Hillebert by and through her attorney, Gregory Leyh, and states that on May 31, 2013 Plaintiff's First Set of Interrogatories and Request for Production of Documents to The Bank of New York Mellon FKA The Bank of New York, Not In Its Individual Capacity But Solely as Trustee for CWABS Inc. was sent by E-Mail and U.S. Mail, First-Class, postage prepaid to: Sabrina M. Rose Smith, Goodwin Procter, LLP, 901 New York Ave., NW, Washington, DC 20001 and Robert J. Hoffman, Bryan Cave, LLP, 1200 Main Street, Suite 3500, Kansas City, Missouri 64105.

RESPECTFULLY SUBMITTED,

GREGORY LEYH, P.C.

/s/ Gregory Leyh
Gregory Leyh, #42283
104 NE 72nd Street, Suite A
Gladstone, MO 64118
(816) 283-3380
(816) 283-0489 (Facsimile)
gleyh@leyhlaw.com

Kenneth B. McClain
Humphrey, Farrington,
& McClain, P.C.
221 W. Lexington, Suite 400
P.O. Box 900
Independence, Missouri 64051
(816) 836-5050
(816) 836-8966 (Facsimile)
kbm@hfmlegal.com

John M. Klamann
Andrew Schermerhorn
Klamann Law Firm
929 Walnut St., Suite 800
Kansas City, Missouri 64106
(816) 421-2626
(816) 421-8686 (Facsimile)
jklamann@klamannlaw.com
aschermerhorn@klamannlaw.com

Susan Ford Robertson
J. Zachary Bickel
The Robertson Law Group, LLC
1044 Main St., Suite 500
Kansas City, Missouri 64105
(816) 221-7010
(816) 221-7015 (Facsimile)
susanr@therobertsonlawgroup.com
zachb@therobertsonlawgroup.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2013, a copy of the foregoing Certificate of Service was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated in the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may also access this filing through the Court's electronic filing system.

/s/ Gregory Leyh
Attorney for Plaintiffs